DANIEL B. TRIPP et al., as Administrators of the Estate of JOHN L. HAVILAND, Deceased, Respondents, *v.* HERMAN D. HUNT, as Administrator of the Estate of MARY S. HAVILAND, Deceased, Appellant, Impleaded with Another.

*Tripp* v. *Hunt,* 85 App. Div. 623, affirmed.
(Argued December 4, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 10, 1903, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Thomas E. Courtney* for appellant.

*David W. Van Hoesen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.